DENNIS M. COTA, Bar No. 127992
CAROLYN J. FRANK, Bar No. 245479
JONATHAN E. MILLER, Bar No. 266507
COTA COLE LLP
2261 Lava Ridge Court
Roseville, CA  95661
Telephone:   (916) 780-9009
Facsimile:    (916) 780-9050

Attorneys for Defendants
COUNTY OF MADERA and MICHAEL KEITZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FAWCETT, | Case No.  1:11-cv-01462-LJO-SKO |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT COUNTY OF MADERA AND ORDER THEREON** |
| v. | |
| COUNTY OF MADERA and MICHAEL KEITZ, | |
| Defendants. | |

Cota Cole LLP and attorneys Dennis Cota, Carolyn Frank, and Jonathan Miller, attorneys of record for Defendant County of Madera, hereby withdraw their appearance as attorneys for Defendant County of Madera.

Dated: 2/15/12                           COTA COLE LLP

                                         By: /s/Carolyn J. Frank
                                             Dennis M. Cota
                                             Carolyn J. Frank
                                             Jonathan E. Miller
                                             2261 Lava Ridge Court
                                             Roseville, CA  95661
                                             Telephone:  (916) 780-9009
                                             Facsimile:  (916) 780-9050

I hereby substitute my appearance as attorney for Defendant County of Madera herein.

Dated: 2/17/12                           COUNTY OF MADERA

                                         By: /s/Douglas Nelson
                                             Douglas Nelson
                                             Robert Gabriele
                                             200 W. 4th Street
                                             Madera, CA  93637
                                             Telephone:  (559) 675-7717
                                             Fax:  (559) 675-0214

The County of Madera hereby agrees to the above Substitution of Attorneys.

Dated: 2/17/12                           COUNTY OF MADERA

                                         By: /s/Douglas Nelson
                                             Douglas Nelson
                                             Madera County Counsel

IT IS SO ORDERED.

   Dated:   **February 29, 2012**                **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE