| | |
|---|---|
| 1 | DENNIS M. COTA, Bar No. 127992 |
| 2 | CAROLYN J. FRANK, Bar No. 245479<br>JONATHAN E. MILLER, Bar No. 266507 |
| 3 | COTA COLE LLP<br>2261 Lava Ridge Court |
| 4 | Roseville, CA  95661<br>Telephone:  (916) 780-9009 |
| 5 | Facsimile:   (916) 780-9050 |
| 6 | Attorneys for Defendants<br>COUNTY OF MADERA and MICHAEL KEITZ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FAWCETT, | Case No.  1:11-cv-01462-LJO-SKO |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT COUNTY OF MADERA AND ORDER THEREON** |
| v. | |
| COUNTY OF MADERA and MICHAEL KEITZ, | |
| Defendants. | |

Cota Cole LLP and attorneys Dennis Cota, Carolyn Frank, and Jonathan Miller, attorneys of record for Defendant County of Madera, hereby withdraw their appearance as attorneys for Defendant County of Madera.

Dated:  2/15/12					COTA COLE LLP

						By:  /s/Carolyn J. Frank
						     Dennis M. Cota
						     Carolyn J. Frank
						     Jonathan E. Miller
						     2261 Lava Ridge Court
						     Roseville, CA  95661
						     Telephone:  (916) 780-9009
						     Facsimile:  (916) 780-9050

I hereby substitute my appearance as attorney for Defendant County of Madera herein.

Dated:  2/17/12					COUNTY OF MADERA

						By:  /s/Douglas Nelson
						     Douglas Nelson
						     Robert Gabriele
						     200 W. 4th Street
						     Madera, CA  93637
						     Telephone:  (559) 675-7717
						     Fax:  (559) 675-0214

The County of Madera hereby agrees to the above Substitution of Attorneys.

Dated: 2/17/12					COUNTY OF MADERA

						By:  /s/Douglas Nelson
						     Douglas Nelson
						     Madera County Counsel

IT IS SO ORDERED.

   Dated:  **February 29, 2012**			      **/s/ Sheila K. Oberto**
						UNITED STATES MAGISTRATE JUDGE