1 | DENNIS M. COTA, Bar No. 127992
2 | CAROLYN J. FRANK, Bar No. 245479
    JONATHAN E. MILLER, Bar No. 266507
    COTA COLE LLP
3 | 2261 Lava Ridge Court
    Roseville, CA 95661
4 | Telephone: (916) 780-9009
    Facsimile: (916) 780-9050

Attorneys for Defendants
COUNTY OF MADERA and MICHAEL KEITZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FAWCETT, | Case No. 1:11-cv-01462-LJO-SKO |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT MICHAEL KEITZ AND ORDER THEREON** |
| v. | |
| COUNTY OF MADERA and MICHAEL KEITZ, | |
| Defendants. | |

Cota Cole LLP and attorneys Dennis Cota, Carolyn Frank, and Jonathan Miller, attorneys of record for Defendant Michael Keitz, hereby withdraw their appearance as attorneys for Defendant Michael Keitz.

Dated:  2/15/12                                  COTA COLE LLP

                                                 By:  /s/Carolyn J. Frank
                                                        Dennis M. Cota
                                                        Carolyn J. Frank
                                                        Jonathan E. Miller
                                                        2261 Lava Ridge Court
                                                        Roseville, CA  95661
                                                        Telephone:  (916) 780-9009
                                                        Facsimile:  (916) 780-9050

I hereby substitute my appearance as attorney for Defendant Michael Keitz herein.

Dated:  2/17/12                                  OFFICE OF THE MADERA COUNTY
                                                       COUNSEL

                                               By:  /s/Douglas Nelson
                                                     Douglas Nelson
                                                     Robert Gabriele
                                                     200 W. 4th Street
                                                     Madera, CA  93637
                                                     Telephone:  (559) 675-7717
                                                     Fax:  (559) 675-0214

I, Michael Keitz, hereby agree to the above Substitution of Attorneys.

Dated:                                                MADERA COUNTY DISTRICT
                                                       ATTORNEY

                                             By:  /s/Michael Keitz
                                                     Michael Keitz

IT IS SO ORDERED.

    Dated:  **February 29, 2012**                     **/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE