1 | DENNIS M. COTA, Bar No. 127992
2 | CAROLYN J. FRANK, Bar No. 245479
  | JONATHAN E. MILLER, Bar No. 266507
3 | COTA COLE LLP
  | 2261 Lava Ridge Court
  | Roseville, CA  95661
4 | Telephone:   (916) 780-9009
  | Facsimile:    (916) 780-9050

Attorneys for Defendants
COUNTY OF MADERA and MICHAEL KEITZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GEORGE FAWCETT, | ) | Case No.  1:11-cv-01462-LJO-SKO |
|---|---|---|
|    Plaintiff, | ) | **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT MICHAEL KEITZ AND ORDER THEREON** |
| v. | ) | |
| COUNTY OF MADERA and MICHAEL KEITZ, | ) | |
|    Defendants. | ) | |

Cota Cole LLP and attorneys Dennis Cota, Carolyn Frank, and Jonathan Miller, attorneys of record for Defendant Michael Keitz, hereby withdraw their appearance as attorneys for Defendant Michael Keitz.

Dated:  2/15/12                              COTA COLE LLP

                                              By:  /s/Carolyn J. Frank  
                                                    Dennis M. Cota  
                                                    Carolyn J. Frank  
                                                    Jonathan E. Miller  
                                                    2261 Lava Ridge Court  
                                                    Roseville, CA  95661  
                                                    Telephone:  (916) 780-9009  
                                                    Facsimile:  (916) 780-9050  

I hereby substitute my appearance as attorney for Defendant Michael Keitz herein.

Dated:  2/17/12                              OFFICE OF THE MADERA COUNTY  
                                                           COUNSEL

                                              By:  /s/Douglas Nelson  
                                                   Douglas Nelson  
                                                   Robert Gabriele  
                                                   200 W. 4th Street  
                                                   Madera, CA  93637  
                                                   Telephone:  (559) 675-7717  
                                                   Fax:  (559) 675-0214  

I, Michael Keitz, hereby agree to the above Substitution of Attorneys.

Dated:                                              MADERA COUNTY DISTRICT  
                                                          ATTORNEY

                                            By:  /s/Michael Keitz  
                                                   Michael Keitz  

IT IS SO ORDERED.

    Dated:  **February 29, 2012**                    **/s/ Sheila K. Oberto**  
                                                         UNITED STATES MAGISTRATE JUDGE