# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FAWCETT, | CASE NO. 1:11-cv-01462-SKO |
| Plaintiff, | **ORDER GRANTING PARTIES' REQUEST TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| COUNTY OF MADERA, and MICHAEL KEITZ, | (Docket No. 29) |
| Defendants. | |

On April 24, 2012, the parties filed a stipulated request to modify the scheduling order to accommodate the parties' attempt to settle the matter in private mediation. (Doc. 29.)

On April 25, 2012, an informal telephonic conference was held, and the parties agreed that the schedule should be modified as follows:

| Event | Existing Deadline/Date | Modified Deadline/Date |
|---|---|---|
| Non-Expert Discovery | July 2, 2012 | August 17, 2012 |
| Initial Expert Disclosure | July 11, 2012 | August 20, 2012 |
| Disclose Rebuttal Experts | July 25, 2012 | September 4, 2012 |
| Expert Discovery Completion | August 15, 2012 | September 24, 2012 |
| Non Disp. Motion Filing | August 22, 2012 | September 26, 2012 |
| Non Disp. Motion Hearing | September 19, 2012 | October 24, 2012 |

| Disp. Motion Filing | September 26, 2012 | October 31, 2012 |
| --- | --- | --- |
| Disp. Motion Hearing | November 7, 2012 | December 12, 2012 |
| Pretrial Conference | December 19, 2012 | January 16, 2013 |
| Trial | February 5, 2013 | February 26, 2013 |

The settlement conference shall remain set for July 24, 2012, at 10:30 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.

It is HEREBY ORDERED that the scheduling order shall be amended pursuant to the modified deadlines/dates set forth above.

IT IS SO ORDERED.

**Dated:   April 25, 2012**                               /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE