UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FAWCETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL KEITZ, et al.<br><br>　　　　Defendants. | Case No.  1:11-cv-01462-SKO<br><br>**ORDER GRANTING STIPULATION TO STAY THE ACTION AND MODIFY THE SCHEDULING CONFERENCE ORDER**<br><br>Docket No. 41 |

　　　　The Court, having reviewed the Stipulation to Stay the Action and Modify the Scheduling Conference Order and the Declaration of William C. Hahesy (Doc. 41), and for good cause appearing, HEREBY ORDERS that:

　　　　1.　The action is STAYED through and including July 27, 2012;

　　　　2.　The Scheduling Order is MODIFIED as follows:

| Event | Existing Deadline/Date | Modified Deadline/Date |
|---|---|---|
| Non-Expert Discovery | August 17, 2012 | November 16, 2012 |
| Initial Expert Disclosure | August 20, 2012 | November 19, 2012 |
| Disclose Rebuttal Experts | September 4, 2012 | December 6, 2012 |
| Expert Discovery Completion | September 24, 2012 | January 4, 2013 |
| Non-Dispositive Motion Filing | September 26, 2012 | January 7, 2013 |
| Non-Dispositive Motion Hearing | October 24, 2012 | February 15, 2013 |
| Dispositive Motion Filing | October 31, 2012 | January 14, 2013 |
| Dispositive Motion Hearing | December 12, 2012 | February 22, 2013 |
| Pretrial Conference | January 16, 2013 | April 3, 2013 |
| Trial | February 26, 2013 | May 21, 2013 |

_____
ORDER ON STIPULATION TO STAY THE ACTION AND MODIFY THE SCHEDULING  CONFERENCE ORDER

3. The Settlement Conference scheduled for July 24, 2012, before Magistrate Judge Dennis L. Beck is VACATED. The parties may reset the scheduling conference for a later date upon request; and

4. On or before July 27, 2012, the parties shall file a joint status report providing an update regarding the consideration of the Mediator's proposal and indicating the status of the case.

IT IS SO ORDERED.

Dated: **June 28, 2012**                    **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

---

ORDER ON STIPULATION TO STAY THE ACTION AND MODIFY THE SCHEDULING CONFERENCE ORDER