# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FAWCETT,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF MADERA and MICHAEL KEITZ,<br><br>        Defendants. | Case No.  1:11-cv-01462-SKO<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

The Court having reviewed the Stipulation For Dismissal of Action With Prejudice and good cause appearing therefor:

IT IS HEREBY ORDERED that the action is dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED that each party to the action shall bear his or its own attorneys' fees, costs and expenses.

IT IS SO ORDERED.

   Dated:   **August 31, 2012**                    **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE